No. 95–730.  COOPER-JOLLEY *v.* GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 95–735.  PETERS *v.* MICHIGAN.  Sup. Ct. Mich.  Certiorari denied.

No. 95–739.  MAGGARD, DECEASED, ET AL. *v.* LESLIE RESOURCES, INC., ET AL.  Ct. App. Ky.  Certiorari denied.

No. 95–741.  SNELLING *v.* CISNEROS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT.  C. A. 8th Cir.  Certiorari denied.

No. 95–745.  ORTEGA-ACOSTA *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–756.  JENKINS *v.* UNITED STATES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 95–759.  LaMANTIA ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 95–762.  YU *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 95–764.  COLLINGS ET AL. *v.* LONGVIEW FIBRE CO.  C. A. 9th Cir.  Certiorari denied.

No. 95–778.  BUCHBINDER *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 95–784.  PODGURSKI *v.* SUFFOLK COUNTY, NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 95–787.  AZAR *v.* HAYTER.  C. A. 11th Cir.  Certiorari denied.

No. 95–794.  RHODES *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 95–796.  MARTIN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–802.  POLLEY ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.